ACCEPTED
08-18-00135-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 2:26 PM
DENISE PACHECO
CLERK



# JOHN A WENKE

## ATTORNEY AT LAW

TEL. (915) 351-8877

501 E. CALIFORNIA AVE.
EL PASO, TEXAS 79902
WWW.JOHNWENKE.COM

FAX (915) 351-9955

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 2:26:25 PM
DENISE PACHECO
Clerk

September 04, 2018

**VIA REGULAR MAIL**

Denise Pacheco, Clerk
Court of Appeals, 8th District
500 E. San Antonio. Ste. 1203
El Paso, Texas 79901

**RE:** *Court of Appeals No. 08-18-00135-CV*
*Trial Court Case No. 2017DCV1047*

Dear Ms. Pacheco:

Please be advised that I represent Plaintiffs Christine Borrego and Melissa Ruiz. My clients will not be filing a response to Relator Cemex Construction Materials Pacific South's Petition for Writ of Mandamus.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

John A. Wenke

JAW/am